NEW JERSEY BELL TELEPHONE CO., PROSECUTOR-AP-
PELLANT, v. CITY OF JERSEY CITY AND THE MAYOR
AND COUNCIL OF THE CITY OF HOBOKEN, DEFEND-
ANTS-RESPONDENTS.

Argued February 2, 1944—Decided April 13, 1944.

For the appellant, *Harrison & Roche & Darby* (*Thomas
Glynn Walker* and *Robert F. Darby*, of counsel).

For the respondents, *Edward P. Stout.*

PER CURIAM.

The judgment is affirmed, for the reasons expressed in
the opinion of the Supreme Court, as supplemented by the
opinion of this court in the case of *New Jersey Bell Tele-
phone Co. v. Town of Montclair, decided this day,* 131
N. J. L. 564.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, BODINE, HEHER, PERSKIE, PORTER, WELLS, RAFFERTY,
HAGUE, THOMPSON, DILL, JJ. 12.